# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., | : | |
|     Plaintiff, | : | |
| v. | : | |
| | : | |
| 2525 INVESTORS, LP., et al., | : | Civil Action No.:  14-7148 |
|     Defendants. | : | |
| | : | |
| v. | : | |
| | : | |
| RT ENVIRONMENTAL SERVICES, INC. | : | |
|     Third Party Defendant. | : | |
| _____ | : | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

    Third-Party Plaintiffs DTC Corporation t/a Car Vision and Dean Cafiero, by undersigned counsel, and pursuant to Federal Rule 41(a)(1), hereby file this Notice of Dismissal Without Prejudice, as against RT Environmental Services, Inc. (hereinafter "RT"), no answer having been filed by RT.

 

    Respectfully submitted,
**Law Office of Jason Rabinovich, PLLC.**


By:___*/s/ Jason Rabinovich*_____
Jason Rabinovich, Esq.
1700 Market St, Ste 1005
Philadelphia, PA 19103
Tel: (267) 423-4130
Fax: (610) 862-3764
*Attorney for Third Party Plaintiffs*

Dated: February 22, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2016, I caused a true and correct copy of the foregoing Notice of Dismissal Without Prejudice, to be served via ECF notice upon all counsel of record, as follows:

Keenan Cohen & Merrick, P.C.
c/o Eric Palombo, Esq.
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
*Attorneys for Plaintiff*

Segal McCambridge Singer & Mahoney
c/o Joseph Cagnoli, Esq.
1818 Market Street, Suite 2600
Philadelphia, PA 19103
*Attorneys for RT Environmental Services, Inc.*

           */s/ Jason Rabinovich*
           Jason Rabinovich, Esq.