IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSX TRANSPORTATION, INC., | |
| Plaintiff, | CIVIL ACTION |
| v. | |
| 2525 INVESTORS, L.P., *et al.*, | Case No.: 14-7148 |
| Defendant. | |

**JOINT STATUS REPORT ON DEFENDANTS' BANKRUPTCY**

As per this Court's August 23, 2017 Order, the parties hereby jointly file this report to update the Court as to the status of this matter.

Defendant, 2821 Investors, LP, is still in bankruptcy and the proceedings are still pending in the Bankruptcy Court of the Eastern District of Pennsylvania. Thus, this matter is still stayed according to 11 U.S.C. § 362 and the parties, accordingly, have ceased litigating this matter until such time as the bankruptcy proceeding is resolved.

Respectfully submitted August 31, 2017.

By: /s/ Jason Rabinovich (*by permission*)
Jason Rabinovich, Esq.
Law Offices of Jason Rabinovich, PLLC.
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Tel: (267) 423-4130
Fax: (610) 862-3764
Email: JasonRabinovich@jasonrabinovichlaw.com

*Attorneys for Defendants*

        **SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**

By:    /s/ Gregory M. McNamee (*by permission*)
        Gregory M. McNamee, Esquire
        Attorney ID No. 203767
        gmcnamee@smsm.com
        1818 Market Street, Suite 2600
        Philadelphia, PA 19103
        Phone: 215-972-8015

        *Attorneys for Third-Party Defendant,*
        *RT Environmental Services, Inc.*

        **KEENAN COHEN & MERRICK P.C.**

By:    /s/ Timothy L. Frey
        Christopher J. Merrick
        Pa. ID. No. 208628
        Eric C. Palombo
        Pa. ID. No. 307005
        Timothy L. Frey
        Pa. ID No. 311661
        cmerrick@freightlaw.net
        epalombo@freightlaw.net
        tfrey@freightlaw.net
        125 Coulter Avenue, Suite 1000
        Ardmore, PA 19003
        Telephone: (215) 609-1110

        *Attorneys for Plaintiff, CSX Transportation, Inc.*