## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CSX TRANSPORTATION, INC.,** | |
| **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **2525 INVESTORS, L.P.,** *et al.,* | **Case No.: 14-7148** |
| **Defendant.** | |

## JOINT STATUS REPORT ON DEFENDANTS' BANKRUPTCY

As per this Court's November 26, 2018 Order, the parties hereby jointly file this report to update the Court as to the status of this matter.

Defendant, 2821 Investors, LP, is still in bankruptcy and the proceedings are still pending in the Bankruptcy Court of the Eastern District of Pennsylvania. Thus, this matter is still stayed according to 11 U.S.C. § 362 and the parties, accordingly, have ceased litigating this matter until such time as the bankruptcy proceeding is resolved.

Respectfully submitted December 4, 2018.

By: /s/ Jason Rabinovich (*by permission*)
Jason Rabinovich, Esq.
Law Offices of Jason Rabinovich, PLLC.
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Tel: (267) 423-4130
Fax: (610) 862-3764
Email: JasonRabinovich@jasonrabinovichlaw.com

*Attorneys for Defendants*

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

By: /s/ James P. Hadden (*by permission*)
James P. Hadden, Esquire
jph@maronmarvel.com
Three Logan Square
1717 Arch Street
Suite 3710
Philadelphia, PA 19103
Phone: 215-231-7125

*Attorneys for Third-Party Defendant,*
*RT Environmental Services, Inc.*

**KEENAN COHEN & MERRICK P.C.**

By: /s/ Timothy L. Frey
Christopher J. Merrick
Pa. ID. No. 208628
Eric C. Palombo
Pa. ID. No. 307005
Timothy L. Frey
Pa. ID No. 311661
cmerrick@freightlaw.net
epalombo@freightlaw.net
tfrey@freightlaw.net
125 Coulter Avenue, Suite 1000
Ardmore, PA 19003
Telephone: (215) 609-1110

*Attorneys for Plaintiff, CSX Transportation, Inc.*